# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BRIAN CLARK, Individually and On )
Behalf of All Others Similarly Situated, )
)                                          **Civ. Action No. 04-10454 DPW**
Plaintiff, )
)
v. )
)
SONUS NETWORKS, INC., PAUL R. )
JONES, EDWARD N. HARRIS, J. )
MICHAEL O'HARA, HASSAN AHMED, )
PH.D. AND STEPHEN NILL, )
)
Defendants. )
_____ )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that effective March 29, 2004, the law firm of Schatz

& Nobel, P.C. has the following new address. The telephone and facsimile numbers

remain the same.

> Schatz & Nobel, P.C.
> One Corporate Center
> 20 Church Street
> Suite 1700
> Hartford, CT 06103

Please use this new address on all pleadings, correspondence and other

documents.

Dated: March 19, 2004

By_____
Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler (BBO #644824)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel.:    (860) 493-6292
Fax:    (860) 493-6290

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of March 2004, I caused copies of the foregoing to be sent, by U.S. Mail, postage prepaid, to:

Thomas G. Shapiro
Theodore M. Hess-Mahan
**Shapiro Haber & Urmy LLP**
75 State Street
Boston MA 02109

M. Clay Ragsdale
**Ragsdale & Frese LLC**
The Farley Building, Suite 550
1929 Third Avenue North
Birmingham, AL 35203

Jeffrey B. Rudman
James W. Prendergast
Daniel W. Halston
**Hale and Dorr LLP**
60 State Street
Boston, MA 02109

John Hughes
**Edwards & Angell, LLP**
101 Federal St.
Boston, MA 02110

Thomas J. Dougherty
Matthew J. Matule
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Beacon Street
Boston, MA 02108-3194

Robert S. Frank Jr.
John R. Baraniak Jr.
**Choate Hall & Stewart**
Exchange Place Building
53 State Street
Boston, MA 02109-2891

Michael Matraia
**Berman DeValero Pease Tobacco Burt & Pucillo**
One Liberty Square
Boston, MA 02109

Nancy F. Gans
**Moulton & Gans, LLP**
133 Federal Street 12th Floor
Boston, MA 02110-1200

_Nancy A. Kulesa_

Nancy A. Kulesa

BOSTON 1873424v1

2