## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SONUS NETWORKS, INC., PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED, and STEPHEN J. NILL, )<br><br>Defendants. ) | Case No. 04-10454-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

Respectfully Submitted,

SONUS NETWORKS, INC.

By its attorneys,

/s/ Gregory F. Noonan
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 15, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Andrew M. Schatz, Esq. | M. Clay Ragsdale, Esq. |
| Jeffrey S. Nobel, Esq. | Ragsdale & Frese LLC |
| Justin S. Kudler, Esq. | The Farley Building, Suite 550 |
| Schatz & Nobel, P.C. | 1929 Third Avenue North |
| 330 Main Street, 2nd Floor | Birmingham, AL 35203 |
| Hartford, CT 061016 | |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated:  April 15, 2004

BOSTON 1893499v1