UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

BRIAN CLARK, Individually and on Behalf )
Of All Others Similarly Situated )
)
                       Plaintiff, )    Civil Action No. 04CV10454 DPW
)
vs. )
)
SONUS NETWORKS, INC., PAUL R. )
JONES, EDWARD N. HARRIS, J. MICHAEL )
O'HARA, HASSAN M. AHMED and )
STEPHEN J. NILL, )
)
                       Defendants. )

---

## ENTRY OF APPEARANCE

The undersigned, Mary Patricia Cormier, hereby enters her appearance as counsel for the Defendants, Paul R. Jones, Edward N. Harris and J. Michael O'Hara in the above-captioned action.

                                                        By their attorneys

                                                        _/s/ Mary Patricia Cormier_
                                                        Mary Patricia Cormier (B.B.O. No. 635756)
                                                        EDWARDS & ANGELL, LLP
                                                        101 Federal Street
                                                        Boston, MA  02110
                                                        Tel. 617-439-4444
                                                         Fax. 617-439-4170

## CERTIFICATE OF SERVICE

I, Mary Patricia Cormier, certify that on 12th day of May, 2004, I caused a copy of the foregoing document to be served via first-class mail postage pre-paid upon Plaintiff's counsel, Paul Warner, Reich & Binstock, LLP, 4265 San Felipe, Suite 1000, Houston, Texas 77027.

*Mary Patricia Cormier*