**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.  04-10454-DPW |
| SONUS NETWORKS, INC.,  PAUL R. JONES, EDWARD N. HARRIS, J. MICHAEL O'HARA, HASSAN M. AHMED, and STEPHEN J. NILL, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP.

The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP.  All future reference to

Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP.  The

firm and its lawyers' address, telephone numbers and fax numbers remain the same.  The format

of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

Respectfully Submitted,

WILMER CUTLER PICKERING HALE and DORR LLP

/s/_Gregory F. Noonan_____
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Justin S. Kudler, Esq.<br>Schatz & Nobel, P.C.<br>330 Main Street, 2nd Floor<br>Hartford, CT 061016 | M. Clay Ragsdale, Esq.<br>Ragsdale & Frese LLC<br>The Farley Building, Suite 550<br>1929 Third Avenue North<br>Birmingham, AL 35203 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel: (617) 573-4800<br>Fax: (617) 573-4822 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 248-5000<br>Fax: (617) 248-4000 |
| John D. Hughes (BBO #243660)<br>Edwards & Angell LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>Tel: (617) 439-4444<br>Fax: (617) 439-4170 | |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: June 1, 2004

BOSTON 1919482v1